IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SMALL SMILES OF RENO, LLC, a
Nevada limited liability
company; and JAMES L. MANN,         3:14-cv-00324-HDM-VPC

      Plaintiffs,                ORDER

  vs.

CSHM, LLC, a Delaware limited
liability company; and DOES 1-
25, inclusive,

      Defendants.
_____/

    The court has considered the defendant's motion for an extension of time (#5) to file its opposition to plaintiff's motion for preliminary injunction and its response to plaintiff's complaint. The defendant shall have until on or before July 15, 2014 to file its response to the plaintiff's complaint and motion for preliminary injunction and the plaintiff shall file any reply to the motion on or before July 21, 2013.

    The defendant shall file its response to plaintiff's motion to to remand (#6) on or before July 15, 2014 and the plaintiff shall file any reply on or before July 21, 2014.

    The plaintiff shall file its response to defendant's motion to transfer or alternatively to dismiss (#4) on or before July 15,

1  2014 and the defendant shall file any reply on or before July 21,
2  2014.
3      IT IS SO ORDERED.
4      Dated this 2nd day of July, 2014.

                                            */s/ Howard D. McKibben*
                                      UNITED STATES DISTRICT JUDGE

2