1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11  SMALL SMILES OF RENO, LLC, and    )      3:14-cv-00324-HDM-VPC
    JAMES L. MANN,                    )
12                                    )
                   Plaintiffs,        )      ORDER
13                                    )
    vs.                               )
14                                    )
    CSHM, LLC, and DOES 1-25,         )
15                                    )
                   Defendants.        )
16  _____  )

17       The plaintiffs have filed a motion to remand this action (#6).

18  The defendant on July 10, 2014, consented to the remand.

19  Accordingly, this action is remanded to the Second Judicial

20  District Court for the State of Nevada for all further proceedings.

21       IT IS SO ORDERED.

22       DATED: This 11th day of July, 2014.

23

24       _____
                   UNITED STATES DISTRICT JUDGE
25

26

27

28